THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES TEASLEY, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Motion for assignment of counsel granted. Frederick G. Demarest, Esq., 48 Elm Street, Huntington, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT TIPPINS, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. Motion for assignment of counsel granted. Leonard H. Kaplan, Esq., 44 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRELL WALKER, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term, for which term it is ordered to be placed on the calendar. Motion for assignment of counsel granted. Robert Kraft, Esq., 66 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.